

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,500-01

**EX PARTE HEATHER LAUREN RICHARDS, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR2014-091-1 IN THE 207TH DISTRICT COURT FROM COMAL COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of attempted capital murder, aggravated kidnapping, aggravated sexual assault, aggravated robbery, and tampering with physical evidence. The jury assessed punishment at fifty years' imprisonment for each offense, except tampering with physical evidence, for which the jury assessed punishment at ten years' imprisonment, with all the sentences to run concurrently. The Court of Appeals affirmed the convictions. *Richards v. State*, No. 03-15-00316-CR (Tex. App.—Austin Aug. 11, 2016)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The trial court has entered findings of fact and conclusions of law recommending the denial

of relief. This Court does not adopt the trial court's finding of fact number one. Based on the trial court's other findings of fact and conclusions of law, as well as this Court's independent review of the entire record, we deny relief.

Filed: September 23, 2020

Do not publish